IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,* | § § § § § § § § § | **CASE NO. 6:23-CR-00177-ADA**  **6:20-CR-00148-ADA** |
| *v.* | | |
| **WILLIAM JEFFERSON BROWN,**  *Defendant* | | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland ECF No. 46 for Case No. 6:23-CR-00177 and ECF No. 77 for Case No. 6:20-CR-148 regarding Defendant's Motion to Suppress ECF No. 31 in Case No. 6:23-CR-00177 and ECF No. 61 in 6:20-CR-00148. The report recommends that the Defendant's Motion to Suppress be **DENIED**. The report and recommendation was filed on September 9, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

Defendant filed objections on September 30, 2024 and November 21, 2024. ECF No. 50 in Case No. 6:23-CR-00177, ECF No. 82 in Case No. 6:20-CR-00148. The Court has conducted a *de novo* review of the Defendant's Motion to Suppress, the responses, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 46 for Case No. 6:23-CR-00177 and ECF No. 77 for Case No. 6:20-CR-148) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress (ECF No. 31 in Case No. 6:23-CR-00177 and ECF No. 61 in Case No. 6:20-CR-00148) is **DENIED.**

**SIGNED** this 10th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE